UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH A. PASOWICZ,

    Plaintiff,

v.                                                      CASE NO: 8:04-cv-627-T-23TGW

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant,

_____/

## **ORDER**

    Pursuant to a standing order of this court dated January 5, 1998, and Local Rule 6.01(c)(21), this matter was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's December 2, 2005, report and recommendation (Doc. 16), no party objects to the report and the time for filing objections has expired.

    Accordingly, the Magistrate Judge's report and recommendation (Doc. 16) is **ADOPTED**. This action is **DISMISSED** for lack of prosecution. See Local Rule 3.10(a). The Clerk is directed to terminate any pending motion and close the case.

    ORDERED in Tampa, Florida, on December 29, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE